UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
DAN GROPPER

                 Plaintiff,

          v.

172ND LLC, 170 TOO BEDFORD, LLC AND 170
BEDFORD RESTAURANT LLC

                 Defendants.
---------------------------------------------------------------------------x

**Docket No. 1:16-cv-05358 (RML)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims that were asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses to any party.

Dated: April 29, 2021
       New York, New York

| | |
|---|---|
| **PARKER HANSKI LLC** | **FOX ROTHSCHILD LLP** |
| By: _[signature]_ | By: _[signature]_ |
| Glen H. Parker, Esq. | Carolyn D. Richmond, Esq. |
| Attorneys for Plaintiff | Ernest E. Badway, Esq. |
| 40 Worth Street, 10th Floor | Jason B. Jendrewski, Esq. |
| New York, New York 10013 | Attorneys for Defendants |
| Tel (212) 248-7400 | 101 Park Avenue, Suite 1700 |
| Fax (212) 248-5600 | New York, New York 10178 |
| ghp@parkerhanski.com | Tel (212) 878-7900 |
| | Fax (212) 692-0940 |
| | crichmond@foxrothschild.com |
| | ebadway@foxrothschild.com |
| | jjendrewski@foxrothschild.com |